## STURDIVANT V. THE STATE.
### Crime.
(Decided April 15, 1909. 49 South. 304.)

APPEAL from Mobile City Court.

Heard before Hon. O. J. SEMMES.

No counsel marked for appellant.

ALEXANDER M. GARBER, Attorney-General, for the state.

SIMPSON, J.—There is no error apparent of record, and the judgment is affirmed.

DOWDELL, C. J., DENSON and MAYFIELD, JJ., concur.